No. 710. TROP *v.* DULLES, SECRETARY OF STATE, ET AL. C. A. 2d Cir. Certiorari granted. The brief of counsel for the petitioner shall be filed by March 30, 1957, and

that of the respondent by April 26, 1957. *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondents.